IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ATREYI CHAKRABARTI, et al., | *<br>* |
| Plaintiffs, | *<br>* |
| v. | *   Civil No. **21-1945 PJM** |
| U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al., | *<br>*<br>* |
| Defendants. | * |

## ORDER

Having considered Defendants' Motion to Transfer and Plaintiffs' response thereto, and having found that the 196 immigration applications of Plaintiffs are currently pending or being processed at U.S. Citizenship and Immigration Services' service centers or field offices throughout the United States, it is, this 29 day of September 2021, for the reasons set forth in the accompanying Memorandum Opinion, **ORDERED**:

1. Each Plaintiff's claim is **SEVERED** one from another;

2. Respondents' Motion to Transfer is **GRANTED**;

3. Pursuant to 28 U.S.C. § 1404(a), each Plaintiff's claim, including claims which, per the attached chart, appear to have already been approved, is **TRANSFERRED** to the United States District Court in the judicial district identified in the attached chart where Plaintiff's application is currently pending or being processed by USCIS; and

4. The Clerk shall **CLOSE** this case.

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE